# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES BARNWELL,**

    **Plaintiff,**

v.                                              **CIVIL ACTION NO. 02-CV-925 DRH**

**MARY WEST, ROGER COWAN,**
**MAVIS WITTENBURN, DOUGLAS A. CRAVENS,**
**DONALD N. SNYDER, JR., and  TOM CARTER,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant Mary West's Motions for Summary Judgment and the Plaintiff's Cross- Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the Defendant's motion is **GRANTED** and the Plaintiff's Cross-Motion is **DENIED.** Judgment is entered in favor of Defendant **MARY WEST** and against Plaintiff **JAMES BARNWELL.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants **ROGER COWAN, MAVIS WITTENBURN, DOUGLAS A. CRAVENS, DONALD SNYDER**, **JR.,** and

**TOM CARTER** are **DISMISSED** from this action with prejudice.

                                        **NORBERT G. JAWORSKI, CLERK**

September 19, 2007            BY:   /s/Patricia Brown
                                                    Deputy Clerk

APPROVED: /s/     DavidRHerndon
                **U.S. DISTRICT JUDGE**